UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel*. DAVID R. VAVRA and JERRY HYATT, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:04-CV-00042 |
| VS. | § § | DEFENDANT PANALPINA, INC.'S |
| KELLOGG BROWN & ROOT, INC., BOB BENNETT, WESTCO INTERNATIONAL, INC., PHIL ELDERS AND PANALPINA, INC., | § § § § § | NOTICE OF MOTION AND MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED ORIGINAL COMPLAINT |
| Defendants. | § § § | [Filed Concurrently With Declaration of Mary Carter Andrues] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Panalpina, Inc. ("Panalpina") hereby moves the Court for an Order extending the time to answer or otherwise respond to the Second Amended Original Complaint ("SAC") from April 2, 2010 to May 3, 2010.

The motion to extend time is based on the following grounds: (i) Standing Order MC-12; (ii) the agreement of all parties to the proposed extension; (iii) the fact that undersigned counsel for Panalpina was retained on March 29, 2010 and has not yet had an opportunity to review the complaint fully and prepare a response to the complaint.  An extension also will provide the parties with an opportunity to discuss the status of the case.

The Motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Mary Carter Andrues concurrently filed herewith, the pleadings and papers on file in this matter, and on such other evidence as may be presented at the hearing on this Motion, should one be necessary.

Dated: April 2, 2010

Respectfully submitted,

/s/  Amy C. Dinn
Thomas A. Hagemann
State Bar No. 08686800
Email:  thagemann@gardere.com
Amy C. Dinn
State Bar No. 24026801
Email:  adinn@gardere.com
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002-5007
713-276-5500
713-276-5555 facsimile


/s/ Mary Carter Andrues
Mary Carter Andrues (CA SBN 138486)
Antoinette Waller (CA SBN 152895)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: Andrues.Mary@arentfox.com

ATTORNEYS FOR DEFENDANT
Panalpina, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

A thirty (30) day extension of time to answer or otherwise respond to the SAC is warranted here. As set forth in the concurrently filed Declaration of Mary Carter Andrues ("Andrues Decl."), Arent Fox was retained to represent Defendant Panalpina, Inc. ("Panalpina") on March 29, 2010. Andrues Decl. at ¶ 3. Arent Fox has not yet had the opportunity to conduct a complete review of the SAC and case file. Arent Fox understands that currently, an answer or other response to the SAC is due on April 2, 2010. Andrues Decl. at ¶ 4.

An extension will provide Arent Fox with time to review the case file, discuss the case with the United States Attorney's Office and relators' counsel, and draft an answer or other response to the SAC. Andrues Decl. at ¶ 8. Arent Fox has contacted the Assistant United States Attorney responsible for this matter and counsel for the relators, and they have indicated that they have no opposition to the thirty-day extension requested herein. Andrues Decl. at ¶¶ 5-7.

For the foregoing reasons, Panalpina respectfully requests this Court enter an Order, pursuant to Standing Order MC-12, extending its time to answer or otherwise respond to the SAC to May 3, 2010.

Dated: April 2, 2010                               Respectfully submitted,

                                                   /s/  Amy C. Dinn
                                                   Thomas A. Hagemann
                                                   State Bar No. 08686800
                                                   Email:  thagemann@gardere.com
                                                   Amy C. Dinn
                                                   State Bar No. 24026801
                                                   Email:  adinn@gardere.com
                                                   **GARDERE WYNNE SEWELL LLP**
                                                   1000 Louisiana, Suite 3400
                                                   Houston, Texas  77002-5007
                                                   Telephone:   713-276-5500
                                                   Facsimile:   713-276-5555


                                                   /s/ Mary Carter Andrues
                                                   Mary Carter Andrues (CA SBN 138486)
                                                   Antoinette Waller (CA SBN 152895)
                                                   Email: Andrues.Mary@arentfox.com
                                                   **ARENT FOX LLP**
                                                   555 West Fifth Street, 48th Floor
                                                   Los Angeles, CA 90013-1065
                                                   Telephone:     213.629.7400
                                                   Facsimile:     213.629.7401

                                                   ATTORNEYS FOR DEFENDANT
                                                   Panalpina, Inc.


**CERTIFICATE OF SERVICE**

   I certify that a copy of this notice and motion was served upon all counsel of record via the Court's ECF filing system on April 2, 2010.

                                                    /s/  Amy C. Dinn
                                                   Amy C. Dinn