IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | § | |
| DAVID R. VAVRA and JERRY HYATT | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 1:04CV42 |
| | § | |
| v. | § | |
| | § | JUDGE MARCIA A. CRONE |
| KELLOGG BROWN & ROOT, INC. | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT
TO RULE 41(a)(2) AND FOR ENTRY OF FINAL JUDGMENT**

The Court in its Order of February 8, 2011 dismissed Counts IV (Unjust

Enrichment) and V (Payment by Mistake) with prejudice; and Counts I (False Claims

Act) and II (Anti-Kickback Act) without prejudice. The United States of America, by its

undersigned attorneys, and the Relators David R. Vavra and Jerry Hyatt, by their

undersigned counsel hereby move, pursuant to FED. R. CIV. P. 41(a)(2), for an order

dismissing the remaining count of the Complaint, Count III (Breach of Contract) with

prejudice, and converting the dismissal of Counts I and II to a dismissal with prejudice.

Defendant Kellogg Brown & Root, Inc. has no objection to this motion.

The United States and the Relators also move for entry of final judgment as to all

parties and all claims.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN M. BALES
United States Attorney

*/s/ Michael W. Lockhart*
MICHAEL W. LOCKHART
Assistant United States Attorney
Texas Bar No. 12472200
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
Tel:  (409) 839-2538
Fax:  (409) 839-2643
Email: USATXE.CivECFBmt@usdoj.gov

*/s/ John A. Kolar*
JOYCE R. BRANDA
JUDITH RABINOWITZ
JOHN A. KOLAR
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-6696
**Attorneys for Plaintiff**
**United States of America**

/s/ Greg M. Dykeman
GREG M. DYKEMAN
MICHAEL THOMAS BRIDWELL
Strong Pipkin Bissell & Ledyard - Beaumont
595 Orleans
1400 San Jacinto Bldg
Beaumont, TX   77701-3255
Tel:  (409) 981-1120
Email:  gdykeman@strongpipkin.com

MITCHELL A. TOUPS
Weller Green Toups & Terrell LLP
2615 Calder
Suite 400
Beaumont, TX   77704
Tel:  (409) 838-0101
**Attorneys for Relators**

/s/ Craig D. Margolis
CRAIG  D.  MARGOLIS
Vinson & Elkins LLP - D.C.
1455 Pennsylvania Ave., N.W.
Suite 600
Washington, DC   20004-1008
Tel:  (202) 639-6500
Email: cmargolis@velaw.com
**Attorney for Defendant KBR**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, a copy of the foregoing *Joint Motion to Dismiss with Prejudice Pursuant to Rule 41(a)(2) and for Entry of Final Judgment* will be sent via the Court's electronic filing system to defendant's counsel of record.

/s/ Michael W. Lockhart
MICHAEL W. LOCKHART
Assistant United States Attorney