| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID R. VAVRA and JERRY HYATT, | § § § § § | |
| Plaintiffs, | | |
| *versus* | § § § | CIVIL ACTION NO. 1:04-CV-42 |
| KELLOGG BROWN & ROOT, INC., | § § § | |
| Defendant. | § | |

### ORDER

The parties' Joint Motion to Dismiss With Prejudice Pursuant to Rule 41(a)(2) and for Entry of Final Judgment (#83) is GRANTED. Accordingly, Counts I and II of the United States' complaint, previously dismissed by the court without prejudice in its February 8, 2011, order are now dismissed with prejudice. Similarly, Count III of the United States' complaint is dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of April, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE