IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID R. VAVRA and JERRY HYATT | § § § | |
| Plaintiffs, | § § | CIVIL NO. 1:04CV42 |
| v. | § § § | JUDGE MARCIA A. CRONE |
| KELLOGG BROWN & ROOT, INC. | § § | |
| Defendant. | § | |

## PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF APPEAL

The United States of America, by its undersigned attorneys, hereby gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment dated April 13, 2012 (docket no. 84), and all underlying orders incorporated therein, including the district court's Order dated February 8, 2011 (docket no. 71).

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN M. BALES
United States Attorney

*/s/ Michael W. Lockhart*
MICHAEL W. LOCKHART
Assistant United States Attorney
Texas Bar No. 12472200
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
Tel: (409) 839-2538
Fax: (409) 839-2643
Email: USATXE.CivECFBmt@usdoj.gov

*/s/ John A. Kolar*
JOYCE R. BRANDA
JUDITH RABINOWITZ
JOHN A. KOLAR
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 307-6696
**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, a copy of the foregoing *Plaintiff United States of America's Notice of Appeal* will be sent via the Court's electronic filing system to defendant's counsel of record.

*/s/ Michael W. Lockhart*
MICHAEL W. LOCKHART
Assistant United States Attorney