United States Court of Appeals
Fifth Circuit
FILED
July 19, 2013
Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-40447

D.C. Docket No. 1:04-CV-42

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 2 3 2013
DAVID J. MALAND, CLERK
BY
DEPUTY

United States of America, ex rel, DAVID R. VAVRA, Et Al

    Plaintiffs

UNITED STATES OF AMERICA,

    Intervenor - Appellant

v.

KELLOGG BROWN & ROOT, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

E. GRADY JOLLY, Circuit Judge, concurring in the judgment:

ISSUED AS MANDATE:

SEP 17 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
              Deputy

New Orleans, Louisiana     SEP 17 2013