| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
　§
　　　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:04-CV-42
　§
KELLOGG BROWN & ROOT, INC., §
　§
　　　　Defendant. §

**ORDER**

The government's Motion to Compel Production of Documents (#215) is DENIED AS MOOT, per the court's ruling in trial.

SIGNED at Beaumont, Texas, this 25th day of June, 2015.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE