| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:04-CV-42
　　　　　　　　　　　　　　　　§
KELLOGG BROWN & ROOT, INC., §
　　　　　　　　　　　　　　　　§
　　　　Defendant. §

## ORDER

The parties are ordered to file their post-trial Proposed Findings of Fact and Conclusions of Law on or before Friday, August 14, 2015.

Additionally, the parties are ordered to submit their proposed redactions to the trial transcript recorded on June 25, 2015, on or before Thursday, July 2, 2015.

SIGNED at Beaumont, Texas, this 25th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE